IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-02054-PAB-KLM

TELLURIDE LODGE ASSOCIATION, INC., a Colorado nonprofit corporation,

    Plaintiff,

v.

NORM MCLEAN,
WELLS FARGO BANK, N.A.,
JANICE STOUT, in her official capacity as PUBLIC TRUSTEE FOR SAN MIGUEL COUNTY,
DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE,

    Defendants.

## ORDER

This matter is before the Court on the Stipulation By and Between Plaintiff and Defendant Department of the Treasury, Internal Revenue Service [Docket No. 15], wherein the parties stipulate that the interests of defendant Department of the Treasury, as reflected in the Notices of Federal Tax Lien, are junior to the interests of plaintiff Telluride Lodge Association, Inc.

The parties to the stipulation intend for the Court to approve the stipulation. *See* Docket No. 15 at 3, ¶ 16 ("The Parties request that the Court adopt this Stipulation as an Order of the Court."). The Court will construe the stipulation concerning priority as a motion for the Court to approve the stipulation. The Court will grant such motion.

Accordingly, it is

**ORDERED** that the Stipulation By and Between Plaintiff and Defendant Department of the Treasury [Docket No. 15] is **APPROVED**.

DATED October 22, 2012.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge